Joshua L. Rosen (Bar No. 102887)
LAW OFFICES OF JOSHUA L. ROSEN
1900 Avenue of the Stars, Suite 2375
Los Angeles, California 90067
Telephone: (310) 229-1705
Facsimile: (310) 277-0035

Attorneys for Plaintiff
ENGINEERED FOREST PRODUCTS, INC.

Matthew P. Vafidis (Bar No. 103578)
Chung-Han Lee (Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
BLOCH LUMBER COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ENGINEERED FOREST PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BLOCH LUMBER COMPANY, and DOES 1 through 100, inclusive <br><br> Defendants. | No. CIV. S-04-1973 MCE DAD <br><br> STIPULATION OF DISMISSAL OF ACTION |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) and the parties Confidential Global Settlement Agreement and Release.

///

– 1 –

Dated: April 18, 2005

//s//
JOSHUA ROSEN
Attorney for Plaintiff
ENGINEERED FOREST PRODUCTS, INC.

Dated: April 22, 2005

//s//
CHUNG-HAN LEE
Attorney for Defendant
BLOCH LUMBER COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 25, 2005

_[signature]_

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910